UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY TILLMAN,                        )
          Plaintiff,                    )
                                        )
vs.                                     ) NO. 3:11cv30122-MAP
                                        )
MICHAEL J. ASTRUE,                      )
Commissioner of Social                  )
Security Administration,                )
          Defendant.                    )

### STIPULATION AS TO ATTORNEY'S FEES

Now come the parties, by and through undersigned counsel,
and pursuant to the Equal Access to Justice Act, 28 U.S.C.
§ 2412, hereby stipulate and agree to a lump sum payment of said
fees in the amount of $7,174.80.  The plaintiff waives any claim
for costs.

Pursuant to an assignment agreement, the plaintiff has
requested that these EAJA fees be paid directly to her attorney,
Santina Sciaba-Douglas.  The United States Supreme Court recently
held that EAJA fees are payable to the prevailing party, not the
prevailing party's attorney.  See Astrue v. Ratliff, 130 S. Ct.
2521 (2010).  Additionally, the Supreme Court held that such fees
are subject to offset, under the Treasury Offset Program, to
satisfy any preexisting debt that the prevailing party might owe
to the federal government.  Id.  As a convenience to Attorney
Sciaba-Douglas, the Commissioner will accept the EAJA fee
assignment in this case and pay the fees directly to Attorney
Sciaba-Douglas if the defendant determines, at the time of

approval of this Stipulation, that the plaintiff owes no debt to
the federal government that would require offset of those fees.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:

/s/ Santina Sciaba-Douglas
SANTINA SCIABA-DOUGLAS
Attorney for Plaintiff
Center f/ Public Representation
22 Green Street
Northampton, MA 01060
(413) 586-6024

/s/ Karen L. Goodwin
KAREN L. GOODWIN
Assistant U.S. Attorney
300 State Street, Suite 230
Springfield, MA 01105
(413) 785-0235

THE FOREGOING STIPULATION IS HEREBY APPROVED THIS 20th

DAY OF March _____ , 2012.   SO ORDERED.

MICHAEL A. PONSOR
U.S. District Court Judge